UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRI HUU HUYNH,<br>    Plaintiff,<br>    v.<br>P. SULLIVAN, et al.,<br>    Defendants. | Case No. 20-cv-01540-RS (PR)<br><br>**ORDER OF DISMISSAL** |

Pursuant to the parties' stipulation to voluntary dismissal with prejudice, this action is DISMISSED WITH PREJUDICE. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii).  (Dkt. No. 42.) As stated in the notice, each party shall bear its own litigation costs and attorney's fees. (*Id.*)  The Clerk terminate all pending motions, enter judgment, and close the file.

**IT IS SO ORDERED.**

**Dated:** June  28, 2024

_____
RICHARD SEEBORG
Chief United States District Judge